# IN THE UNITED STATES DISTRICT COURT
# LUFKIN TEXAS DISTRICT COURT

KARL GUNTHER FRAGSTEIN                    COURT CAUSE # CV21-14806
225 Alliance Loop                         NEWTON, COUNTY, TEXAS
Many La. 71449
  Plaintiff                               DISTRICT COURT LUFKIN, TEXAS
vs.
HAMILTON HOME BUILDERS LLC.                ____JUDICAL DISTRICT
WRIGHT'S MANUFACTURED
HOMES LLC,                                 9:23cv 76
ROBERTS MOBILE HOME                        Truncale /Stetson
SERVICES LLC                              ANGELINA COUNTY, TEXAS
SUMMIT HOUSING TRANSPORT.
TEXAS DEPARTMENT OF HOUSING AND
COMMUNITY AFAIRES / MANUFACTURED
HOUSING DIVISION.
HUD/U.S. DEPARTEMENT OF MANUFACTUERED
HOUSING DIVISION.
WM. MARCUS WILKINSON ATTORNEY
FEDERAL HOUSING ADMINISTRATION
Defendants.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 19 2023
BY
DEPUTY

## PLAINTIFF'S THIRD PETITION
## "JURY TRIAL DEMANDED"
### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Karl G. Fragstein, Plaintiff herein, and complains of
Hamilton Homebuilder's, LLC, Wright's Manufactured Homes, Robert's
Mobile Home Services,
Summit House Transport, Texas

Department Of Housing and Community Affairs / Manufactured Housing Division, HUD MANUFACTURED HOUSING DIVISION, and W.M. Wilkerson. Federal Housing Administration
Defendants and for cause of action would show unto the said Court as follow:

## I.    DISCOVERY

1.Discovery should be conducted under be conducted under Level II in accordance with Texas Rule of Civil Procedure 194.

## II    PARTIES AND JURIDICTION

2. Karl Fragstein is and individual who currently reside in Sabine Parish, Louisiana 71449

3. The subject property is located at 350 C.R. 4182 Orange, Newton County, Texas 77632

4. Defendant Hamilton Homebuilder's LLC is an Alabama Limited Liability Company and manufacturer. It's registered agent for service of process is Brad Mikels located at 330 Buccaneer St. Hamilton, Alabama 35570.

5.Defendant, Wright's Manufactured Homes LLC, is a Texas Limited Liability Company and manufactured home retailer located at 21338 Interstate 10 Vidor, Texas 77662 Definite may be served with citation by and through its registered agent for service of process, United States Corporation Agent Inc. at 9900 Spectrum Dr. Austin, Texas 78717

6. **Defendant, Robert's Mobile Home Service LLC**, is a mobile home transporter who is not registered with the secretary of state but has a

primary place of business located at 6760 Deer Park Lane, Lumberton, Texas 77657 where it may be served.

7. Defendant Summit Housing Transport LLC is a Limited Liability Company and federal motor carrier, located at 1925 Military St S Hamilton, Alabama 35570. It's a registered agent.
for service of process is Incorp Services Inc. located at 4142 Carmichael Rd, Montgomery, Alabama 36106

8. Defendant Texas Department of Housing and Community Affairs is the state agency responsible for affordable housing, and regulation of the state's manufactured housing industry Mailing Address P.O.BOX 12489 Austin, Texas 787111

9. Defendant HUD/ U.S. Department of Housing and urban Development 451 7th Street S.W., Washington, D.C 20410 Responsible for enforcing all rules, regulation, Standards for Manufactured Housing Construction and Safety Standards and the Manufactured Home Installation Program with the States does not protect the consumers.

10. Defendant FHA U.S. Department of Housing and Urban Development 1301 Fannin St. Suite 2000 Houston, Texas 77002 (Enforcement)

11.Defendant William Marcus Wilkerson 595 Orleans St. Suite 1115 Beaumont, Texas 77701
(Attorney for Karl Fragstein)

12.Defendant Manufactured Housing Division is responsible for investigating and resolving consumer complaints under the Standards Act; Investigating and taking appropriate action against any violators of the Texas Act; and. Administering the claims program, located at Geoge H. W. Bush State Office Building 1801 Congress Ave. Suite 11.400 Austin, Texas 78701, Mailing Adress TDHCA- Manufactured Housing Division P.O. Box 12489 Austin, Texas 78711

13. I Karl Fragstein seeks treble damages in the amount between $50,000,000.00 including treble mental anguish damages for a total not to exceed Max per Law including all fees, interest, and attorney fees sought herein. Such damages are within the jurisdiction limits of this Court. The Defendants are jointly and severally liable for damages. Plaintiff reserves the right to amends should the cost continue to occur.

### III        FACTS

14. On June 17th, 2019, I Karl Fragstein purchased a 2020 Hamilton Richmond 167632B Manufactured home. On August 2, 2019, the home was delivered to Wright's Manufactured Homes (Retailer) located in Texas from Hamilton Homebuilder's located in Alabama where it underwent a Pre inspection by Hamilton Home Builders Driver / Retailer Check Out Form document, With list of damage's and STILL CHEKING at the bottom of the document. The manufactured home was delivered to 350 County Road 4182, Orange, Texas 77630 on September 29th, 2019.

15. On December 17, 2019, was to be the verification of installation by the Inspector. The Notice of Installation (Form T) is not signed as

required by the inspector. The verification of installation could not be certified by the installer (retailer). Violation of Law Per 24 CFR 3286.507 Verification by inspector, certify by installer, Retailer, gives warranty to purchaser. Never Received the installation warranty. Texas Occupation Code 1201.352(d) 30 days after installation retailer gives warranty to consumer.

16.Before the Second Inspection January 31st, 2020, @ 9:08AM the inspector emailed me a copy of the Hamilton Homebuilder's Driver / Retailer Check Out Form with a list of damages and at the bottom stated: STILL CHECKING.
Around 10:30 Am January 31, 2020, Inspection Date: Travis Owens (Inspector TDHCA MHD) Chris Guth (From Manufacturer) Curtis Wright (Retailer) and Robet Lee (Installer) was present. The Inspector should have told everyone that the home sustained server damage during transport from manufacturer to retailer's lot. The inspector should have told the manufacturer and retailer you owe Mr. Fragstein a new manufactured home. Then the inspector should have removed the RED HUD LABEL that is attached to the Manufactured Home.

17. February 12, 2020, I obtained the Summit Housing Transport delivery receipt, it States: The list of damages, Still Checking And five Hours labor. The manufacturer should have notified me by mail with a form of notification which gives a clear description of defects, and failure to comply, and the risk evaluation to the owner safety. **Violation of Law 42 U.S. Code 5414 Notification by manufacturer**

18.  The manufactured home that is installed must be installed in compliance with all standards, rules, regulations, administrative orders,

and requirements of the Texas **Department of Housing & Community Affairs.** The home may not be occupied for any purpose other than to view the home on the retailer's lot. Per. Texas Occupation. Code 1201.255

19. May 7, 2020, Amy Jones of General Counsel Manufactured Housing Division sent me an email stating that a number of new inspectors and representatives will be at the inspection on Wednesday, May 13, 2020, to review my case in person NO NEW INSPECTORS OR REPRESENTATIVE WAS PRESENT ON MAY 13, 2020. INSPECTION

20. I have contacted the Director, Board and staff members at the Texas Department of Housing and Community Affairs Manufactured Housing Division (TDHCA MHD) to have the home re-inspected to assure me that my home complies with Hud- Code Standards **I WAS DENIED**. Violation of Law TEXAS OCCUPATIONS CODE TITLE 7 SUBTITLE C. CHAPTER 1201 Section 1201.355 CONSUMER COMPLAINT HOME INSPECTION. The consumer may request at any time if a warranty service was not provided (Installation Warranty)

21. I hired a register engineer (Lester in his report April 12th, 2021, He stated),: Home does not provide a safe living environment for me and my wife. I emailed his report to the TDHCA MHD board members. and others

22. I requested for the DISPUTE RESOLATION Certification on November 10, 2021, Administrative Assistant, stated in her email does it protean to a manufactured home in Texas. I stated *Yes.* Never heard back. I was denied any information about the Dispute Program.

23. My Attorney at the time did not put my best interest at heart. I informed him about   42 U.S. Code 5414; He told me manufacturer is not responsible. He had stated in the first Petition that I did not receive the installer's warranty. He did not investigate why. I found out about the Notice of Installation (Form T) in November 2021 through open records.

24. I have contacted numerous attorneys, and no one is willing to help me get this matter resolved

25.  I have requested from TDHCA MHD the full-face value Surety Bonds, manufacturer, retailer, broker, installer.  I was dined even though I provided evidence of Violations.

26. Many issues are still present and were never properly addressed by the Defendant's despite many complaints made by Plaintiff.

27. I have been trying to get this matter resolved at the Beginning **of January 2020**. I had to studied 42 U.S. Code Chapter 70, and 24 CFR Part 3280 MANUFACTURED HOME CONSTRUSTION AND SAFETY STANDARDS, and 24 CFR Part 3286 Manufactured Home Installation and others, because no attorney will, represent me that I had contacted.

## IV.    VIIOLATION OF STATUTE

28. Defendant Hamilton Home Builder's **42 U.S. Code 5414** by not notifying me on what damages and repair work was done to the

manufactured home prior to selling it. And what risk the home may have to the occupants?

29. Defendants Texas Manufactured Housing Division, Wrights Manufactured homes, and Roberts Mobile Home Services, have failed to remedy the verification of installation of the installed home, and certification of the installation warranty to the homeowner.  **24 CFR Part 3286. Manufactured Home Installation Program**

30.**Texas Occupations Sec.1201.002** (3), (A) fully protect the consumer (4) the state is responsible for (A) protecting state residents who want to purchase manufactured housing by regulating the construction and installation of the manufactured home. (B) Providing economic stability to manufactured housing manufacturers, retailers, installers, and brokers;( C) Providing fair and effective consumer remedies (5) The expansion of certain regulatory power is: (A) Necessary to address the problems described by Subdivisions (1)-(4) and (B) The most economical and efficient means to address those problems and serve the public interest (b) (1) encourage the construction of housing for state residents and (2)improve the general welfare and safety of purchaser of manufactured housing of this state (c) This chapter shall be liberally construed to promote its policies and accomplish its purposes.

31. Texas occupation Code Sec. 1201.003 (3) Alteration means the replacement, addition  modification, or removal of equipment in a new manufactured home after the sale by a manufacturer to a retailer but before sale and installation by retailer to the purchaser in a matter that

effect the home construction, fire safety, occupancy, or plumbing, heating, or electrical system.

**32.Texas Occupation Code Sec. 1201 SUBCHAPTER B. DEPARTMENT POWERS AND DUTIES**
1201. 052 GENERAL RULEMAKING AUTHORITY (a) The director shall adopt rules, issue orders, and otherwise act as necessary to ensure compliance with the purposes of this chapter to implement and provide for uniform enforcement of this chapter and the standards code.
(b) To protect public health, safety, and welfare. (1) protect the interest of consumers who occupy the installed manufactured housing; and (2) govern the business conduct of license holders.

**33. Sec. 1201.053 RULES RELATING TO COMPLIANCE WITH THE NATIONAL STANDARDS FOR MANUFACTURED HOUSINGCONSTRUCTION AND SAFETY;** STATE PLAN. (a)The board shall adopt rules and otherwise act as necessary to: (1) comply with the National Manufactured Housing Construction and **Safety Standards Act of 1974 (42 U.S.C Section 5401 et seq.),** including adopting the enforcing rules reasonably required to implement the notification and correction  procedures provided by 5414 ; and (2) provide for the effective enforcement of all HUD-code manufactured housing construction and safety standards in order to have the state plan authorized by the National Manufactured Housing Construction and Safety Standards Act of 1974 (42 U.S.C. Section 5401 et seq.) approved by the secretary of housing and urban development.

**34. SUBCHAPTER F. STANDARDS Sec. 1201.251 STANDARDS AND REQUERMENTS ADOPTED BY BOARD. (a)** The board shall adopt

standards and requirements for (1) the installation and construction of manufactured housing that are reasonably necessary to protect the health, safety, and welfare of the occupants; and (2) the construction of HUD-code manufactured homes incompliance with the federal standards and requirements established under the Manufactured Housing Construction and Safety Standards   Act of 1974 (42 U.S.C Section 5401et seq.).

(b) The standards and requirements adopted under Subsection (a) (1) are the standards code(d) In order to ensure that determination required by this section are properly made by qualified persons.

35.**Sec 1201.255 INSTALLATION OF MANUFACTURED HOUSING** (a) Except as authorized must be installed in compliance with the standards and rules adopted and orders issued by the department an uninstalled manufactured home may not be occupied for any purpose other than to view the home on a retailer's lot.

36. **Sec 1201.302 INSPECTION BY LOCAL GOVERMENTAL UNITS** (a)To ensure that the manufactured home sold or installed in this state complies with the standards code, the director my by contract provide for a federal agency or an agency or political subdivision of this state or another state to perform an inspection

37. **1201.352 RETAILER WARRANTY ON A NEW HUD-CODE MANUFACTURED HOME** (a) The retailer of a new HUD-code manufactured home shall warrant to the consumer in writing the (1) Installation of the home at the initial homesite will be , as applicable, and complete in accordance with all department standards, rules, orders, and requirements; and (b) The retailer warranty on a new HUD-

code manufactured home is effect until the first anniversary of the later of the date of the initial installation of the home at the consumer's homesite.

38. **Sec. 1201.354 CORRECTIVE ACTION REQUIRED** The manufactured, retailer, or installer, as applicable, shall take appropriate corrective action within a reasonable period as required by department rules to fulfill the written warranty obligation

39. **Sec. 1201.355 CONCUMER COMPLANT HOME INSPECTION**. (a) If a manufacturer, retailer, or installer does not provide the consumer with proper warranty service, the consumer may at any time, request the department to perform a consumer complaint home inspection. (d) Notwithstanding any other provisions of this section, the department may inspect at any time if it believes that there is a reasonable possibility that a condition exists that would present an imminent threat to health and safety.

40. **Sec.357 FAILURE TO PROVIDE WARRANTY SERVICE** (a)If the manufacturer, retailer, or installer, as applicable, fails to provide warranty service within a period specified by the director, the manufacturer, retailer, or installer must show good cause in writing as to why the manufacturer, retailer, or installer failed to provide the service

41. **Sec. 1201.358 FAILTURE TO SHOW GOOD CAUSE HEARING RESULTS** (a) Failure by manufacturer, retailer, or installer to show good cause under Section **1201.357** (a) is a sufficient basis for suspension or revocation of the manufacturer's, retailer, or installer license.

(b) If the director determines that an order that was incorrect regarding a warranty obligation, the director shall issue a final order stating the correct warranty obligation, the director shall issue a final order stating the correct warranty obligations.

42.**Sec.1201.361 INSTALLER WARRANTY (**a) For all installation. The installer shall give the manufactured homeowner a written warranty that the installation of the home was performed in accordance with all department standards, rules, orders, and requirements. The warranty for the installation of a new HUD- code manufactured home is to be given by the retailer, who is responsible for the installation.

43. **Sec. 1201.362 INSPECTION NOT LIMITED (**a) Nothing in this chapter shall limit the ability of the department to inspect a manufactured home at any time
(b) Notwithstanding the limitations and terms of any warranty, the director may, whenever the department identifies any aspect of an installation that does not conform to applicable requirements, order the licensee who performed the installation to correct it.

44. **Sec. 1201.407 DISAGREEMENT OF PARTIES; INFORMAL DISPUT RESOLUTION PROCESS.** (a) If a preliminary determination is disputed, the department shall conduct an informal dispute resolution process, including a home inspection if appropriate, to resolve the dispute

45. **Sec. 1201.453 HABITABILTY** (a) Manufactured housing is habitable only if; (1) there is no defect or deterioration in or damage to the home that creates a dangerous situation.

(2) the plumbing, heating, and electrical systems are in safe working order
(3) the walls, floor, and roof are (A) free from substantial opening that was not designed; and (B) structurally sound; and (4) all exterior doors and windows are in place and operate properly.

46. **1201.502 PROHIBITED SHIPPING BY MANUFACTURER.**  A manufacturer may not ship a HUD – code manufactured home into this state for sale or resale unless the manufacturer complies with (1) all requirements of the National Manufactured Housing Construction and Safety Standards Act of 1974 (42 U.S.C. Section 5401 et. Seq.) and (2) All standards, rules, and regulations of the United States Department of Housing and Urban Development  **24 CFR Part 3280 MANUFACTURED HOME** CONSTRUCTION AND SAFETY Standards Subpart D Body and Frame Construction Requirements (3280.301-3280.308) **Sec. 3280.307 Resistance to elements and use, and 24 CFR 3280 901-904 Subpart J-Transport**
Chassis means the entire transportation system Frame, running gear assembly etc. Without degradation of the integrated structure or of its component parts and specific requirements pertaining to the transportation system and its relationship to the structure.

47. **Sec. 1201.503 PROHIBITED ALTERATION.**  Before the sale to a consumer of a new manufactured home to which a label has been attached and before installation of the home, a manufacturer, retailer, broker, or installer may not alter the home or cause the home to be altered without obtaining prior written approval from a licensed engineer and providing evidence of such approval to the department.

48. **SUBCHAPTER L. DISIPLINARY PROCEDURES Sec. 1201.551 DENIAL OF LICENSE; DISCIPLINARY ACTION.** (a) The director may deny, permanently revoke, or suspended for a definite period and specified sale location or geographic area a license if the director determines that the applicant or license holder; (1) knowingly and willfully violated this chapter or a rule adopted, or order issued under this chapter. (4) failed to give or breach a manufactured home warranty by this chapter or by the Federal Trade Commission,

## V.    Findings

49.  **42 U.S. Code 5401-5426**

(a) Congress finds.

(1) Manufactured housing plays a vital role in meeting the housing needs of the Nation: and

(2) Manufactured homes provide a significant resource for affordable homeownership and rental housing accessible to all Americans.

**(b) Purpose**

The purposes of this chapter are.

**(1)** To protect the quality, durability, safety, and affordability of manufactured homes.

**(5)** To protect residents of manufactured homes with respect to personal injuries and the amount of insurance cost and property damages in manufactured housing, consistent with the other purpose of this section.

**(6)** To establish a balanced consensus process for development, revision, and interpretation of Federal construction and safety standards for manufactured homes and related regulation for the

enforcement of standards. **I contacted the consensus committee no help from them.**

50.  **42 U.S.C 5403-U.S. Code-Unannotated Title 42 The Public Health and Welfare- 5403. Manufactured Home Construction and Safety standards.**

 51.  **42 U.S. Code 5404** Manufactured home installation.

52.  **42 U.S. Code 5409- Prohibited acts, exemption**
(a) No person shall
**(3)** Fail to furnish notification of any defect as required by **42 U.S.C 5414**.
**(4)** Fail to issue a certification required by **section 5415** of this title or issue a certification on the effect that a manufactured home conforms to all applicable Federal manufactured home construction and safety standards, if such person in the exercise of due care has reason to known that such certification is false or misleading in a material respect.
**(6)** Issue a certification pursuant to subsection (h) of section 5403 of the title, if such person in the exercise of due care has reason to know that such certification is false or misleading in a material respect; or
**(7)** after the expiration of the period specified in section 5404 (c) (2) (B) of this title, fail to comply with the requirements for the installation program required by section 5404 of this title in any state that has not adopted and implemented a State installation program.

53. **24 CFR Part 3286.** Manufactured Home Installation Program. No one is enforcing this program.

54.    **OCCUPATIONS Titel 7. PRACTICES AND PROFESSIONS RELATED TO REAL PROPERTY AND**
**HOUSING SUBTITLE C. REGULATION OF CERTAIN TYPES OF HOUSING AND BUILDINGS**
**CHAPTER 1201**
**Sections – 1201.611 MANUFACTURED HOUSING SUBCHAPTER A GENERAL**
Sec 1201.002 (a) The legislature finds that.
(3) (A) Fully protect the consumer; and
(B) Prevent certain discrimination in this state regarding manufactured housing.
(4) The State is responsible for.
(A) Protecting state residents who what to purchase manufactured housing by regulating the construction and installation of manufactured housing
(4) (C) Providing fair and effective consumer remedies'
(5) Expansion of certain regulatory power is,
(A) Necessary to address the problems described by Subdivisions (1)-(4)
(B) The most economical and efficient means to address those problems and serve the public interest

55. **Sec 1201.661 SANCTION AND PENALTIES** (2) If the person files a petition for judicial review contesting the facts of the violations, the amount of the penalty, or both the facts of the violation and the amount of the penalties

56. **42 U.S. Code 3531-42 U.S. Code 3537c -** Congressional declaration of purpose

The Congress hereby declares that the general welfare and security of the Nation and the health and living standards of our people require, as a matter of national purpose, sound development of the Nation's communities and metropolitan areas in which the vast majority of its people live and work.

To carry out such purpose, and in recognition of the increasing importance of housing and urban development in our national life, the congress finds that establishment of an executive department is desirable to achieve the best administration of the principal programs of the Federal Government Which  provide assistance for housing and for the development of the Nation's communities; to assist the President in achieving maximum coordination of the various Federal activities which have a major effect upon urban community, suburban, or metropolitan development; to encourage the solution of problems of housing, urban development, and mass transportation through State, county, town, village, or other local and private action, including promotion of interstate , regional, and metropolitan cooperation; to encourage the maximum contributions that may be made by vigorous private homebuilding and mortgage lending industries to housing urban development, and the national economy; and to provide for full and appropriate consideration, at the national level, of the needs and interest of the Nation's communities and of the people who live and work in them.

## VI.        DECIPTIVE TRADE PRATICES:

*Tex. Bus. & Com. Code* Sec *17.08 (C) Use of the state seal or a representation of the seal, heraldry. The HUD label should have been removed by the inspector. The home is not to HUD-Code Standards*

*Tex. Bus. & Com. Code Sec 17.45 (5) States," Unconscionable action or course of actions" means an act or practice which, to a consumer's detriment, takes advantage of the lack of knowledge, ability, experience, or capacity of a consumer to a grossly unfair degree. Everyone I contacted is treating me unfairly.*

57.  *Tex. Bus. & Com. Code 17.46 (a)* states, "False, misleading, or deceptive acts or practices in conduct of any trade or commerce are hereby declared unlawful and are subject to action by the consumer *protection division under Sections 17.47, 17.58, 17.60, and 17.61 of this code.*

*58.  Texas Business and Commerce Code 17.46* (7) by representing that your goods and services were of a particular standard or quality and that they certainly failed to meet. We were forced to move out of the manufactured home in the beginning of June 2020 due to fear for our safety.

59.  *Texas Business and Commerce Code 17.46* (6) by representing that goods are original or new if they are deteriorated, reconditioned, reclaimed, used, or secondhand.

60.  Plaintiff purchased a new manufactured home, however, due to the damages that occurred during transport the manufactured home

has deteriorated making Texas Business and Commerce Code 17.46 (6) applicable. The home additionally did not meet the standards set forth in 42 U.S.C. 5401etseq.and 24 CFR   3282.1 et seq. and simple installation matters were not addressed and have not been resolved.

*Tex. Bus. & com. Code 17.46* (12) representing that an agreement confers or involves rights, remedies, or obligations which it does not have or involve, or which are prohibited by law

61. *Texas Business and Commerce Code 17.46*.(13) by knowing making false or misleading statements of facts concerning the need for parts, replacement, or repair service. The damage is so severe that no one can occupy the home.

*Tex. Bus. & Com. Code 17.46* (24) failing to disclose information concerning goods or services which was known at the time of the transaction if such failure to disclose such information was intended to induce the consumer into a transaction into which the consumer would not have enter had the information been disclosed

62. The inspector failed to address the damages that occurred during transport from the manufacturer to the retailer's lot, after reading the Hamilton Home Builder's DRIVER / RETAILR'S CHECK OUT FORM

63.   Defendants has violated both express and implied warranties regarding the condition of the manufactured home. Defendants have failed to remedy the structural and installation of the home and are therefore in breach of contracts.

## VII.        BREACH OF WARRENTY:

**64.** Defendant, Wrights Manufactured Homes, has violated both express and implied warranties regarding the condition of the manufactured home and the repair and replacement of bad components thereof, and are therefore in **breach of warranty.**

**65.** Defendant, Robert Lee Mobile Home service, has failed to produce a home that was delivered properly and failed to produce a home in which all components thereof properly built and installed upon delivery.

66.  Defendants have failed to remedy the structural and installation defects present in the home after over three years.  The multiple complaints which have had to be addressed, rather than those denied and dismissed, reinforce these facts. Defendants failed to meet its statutory obligations, including those associated with proper delivery of paperwork.

## VIII        BREACH OF CONTRACT

67.  Plaintiff entered into a contractual agreement with Defendant, Wright's Manufactured Homes's, on June 17th, 2019, for the purchase of a 2020 Hamilton Richmond Manufactured Home.

68.  The manufactured home was supposed to meet the Standards set forth in the statutes and regulations, but installation matters were not properly addressed and have not been resolved. The inspections and

attempted repairs were not properly completed and created additional problems and damage.

**69. VIOLATION Of MY RITGH'S**.  A FAIR HEARING Not enforcing all rules, regulations, standards for manufactured home construction and safety standards, and manufactured home installation program. October 2022 Frau

## IX.    ELECTION OF REMIDES

70.  I Karl Gunther Fragstein give notice of my intent to exercise my election of remedies to the degree of any causes may overlap.

71.  I Karl Gunther Fragstein affirmatively plead seeks reimbursement for damages in an amount between 50,000,000.00 (FIFTY MILLION), or The Max That the Law Allows.

## X. ATTORNEY'S FEES

72. Under Texas civil practice and remedies code section 38.001 et seq. and the Texas business and Commerce Code Section 17.50 (d) Defendant's shall be held liable for attorney fees reasonable and necessary to resolve this dispute.

73. I Karl Gunther perfected my right to recover all attorney's fee by tendering a demand for performance by letter from the Plaintiff's attorney of record in this cause, dated October 2, 2020.

Defendants has not tendered the performance of their obligations nor have the Defendants offered satisfactory alternatives to satisfy their obligations nor have the Defendants offered satisfactory.
 Alter -native to satisfy their obligations. Under Certified Mailings via USPS to each Defendants under numbers; 70162140 0000 5406 4660, 70162140 0000 5406 4677, 7016 2140 0000 5406 4684, 70162140000054064691 and 70162140 0000 5406 9221.

74.October 28, 2022, Defendant's has not tendered the performance of their obligation nor have the Defendants offer satisfactory alter- native to satisfy their obligation nor have the Defendants offered satisfactory alternatives to satisfy their obligations. Under Certified Mailing via USPS to each Defendant's under numbers:9590 9402 7237 1284 2425 74 and 702000900001                    49946623, 9590 9402 7237 1284 2425 98

## X.        NOTICE REGARDING PRODUCTION OF DOCUMENTS

75.   All documents produced are self- authenticating in accordance with Rule 193.7 of the Texas Civil Rules and procedures.

## XI.                    Prayer

**WHERFORE,** I Karl Gunther Fragstein the Plaintiff prays that the Defendants be cited to appear herein and answer, and that upon final Trial in this matter the Plaintiffs judgment against Defendant's as follows:

A.  Enter judgement in favor of the Plaintiff Mr. Karl Gunther Fragstein

B.  Order Prejudgment and post-Judgment interest in favor of the Plaintiff at the maximum amount allowed by law.

C.  Order the Defendants to cover all Court of Suite.

D.  Order Exemplary damages as applicable.

E.  Order treble Damages as applicable.

F.  Order mental anguish damages as applicable.

G.  Order treble mental anguish.

H.  Order Defendants to pay Plaintiff recovery of prepaid attorney's fees.

I.  Order judgement for the remaining in the name of Karl G. Fragstein

J.  Order such other and further relief pertaining to this matter that I am justly entitled to.

The Information and facts I have provided is True to the best of my knowledge.

NOTARY.
Signature

C. Ann Speights
Exp 06/25/2023
ID 126002341
STATE OF TEXAS
NOTARY PUBLIC

Date: 4/19/2023

Respectfully

Karl Gunther Fragstein,
225 Alliance Loop,
Many, Louisia71449
Cell 409-8828274
fragsteingunther@gmail.com

23