IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| KARL GUNTHER FRAGSTEIN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:23-CV-76-MJT-CLS |
| | § | |
| HAMILTON HOMEBUILDERS LLC et al., | § | |
| | § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting the Recommendation of the United States Magistrate Judge, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are dismissed without prejudice. The clerk of the court is directed to CLOSE this case. All pending motions are hereby denied as moot.

THIS IS A FINAL JUDGMENT.

**SIGNED this 6th day of October, 2023.**

Michael J. Truncale
United States District Judge