# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 7, 2023
Lyle W. Cayce
Clerk

No. 23-40610

---

Karl Gunther Fragstein,

*Plaintiff—Appellant*,

*versus*

Hamilton Homebuilders, L.L.C.; Wright's Manufactured Homes, L.L.C.; Summit Housing Transport, L.L.C.; Texas Department of Housing and Community Affairs,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:23-CV-76

---

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of November 07, 2023, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____*Christina Rachal*_____
Christina C. Rachal, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT